# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY THOMAS WYNGLARZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. ASUNCION,<br><br>　　　　　Respondent. | CASE NO. 8:16-CV-00373-SK<br><br>**JUDGMENT** |

　　　Pursuant to the Order Dismissing Second and Successive Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed without prejudice.

DATED: December 22, 2016

　　　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE